Phillip R. Smalley
*(full name/prisoner number)*
Idaho Correctional Institution - Orofino
381 West Hospital DR
Orofino, ID. 83544
*(complete mailing address)*

U.S. COURTS

APR 27 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

PHILLIP R. SMALLEY
*(full name)*

Plaintiff,

v.

SPIRIT LAKE POLICE DEPARTMENT
SGT. McMILLEN, Officer Dennis
Soucher,  Please see attached
list

Defendant(s).

*(if you need additional space, use a blank
page for a continuation page)*

Case No. 3:18-CV-181-BLW
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: _X_ Yes _____
No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

    _X_   42 U.S.C. § 1983 *(applies to state, county, or city defendants)*

    _____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388
           (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*

    _____   Other federal statute *(specify)* _____; or diversity of citizenship.

    _____   I also ask the federal court to exercise supplemental jurisdiction over state
           law claims.

Cont. (Factual Basis of Claim)

My Preliminary Hearing was held on October 1, 2015., After which, Magistrate Judge Stow Dismissed Counts 3 and 4, concerning Donna Hindberg due to Lack of Probable Cause.

Then, on November 10, 2015., Sgt. Jeremy McMillen of the Spirit Lake Police Department files a Complaint and is Granted a Warrant for my arrest on misdemeanor charges of Abuse and neglect of a Vulnerable adult.

Jeanne Howe, my trial counsel at the time files a Motion to Sever these charges from the felony charges. Her Motion was Granted on February 26, 2016.

Due to serious ineffective counsel issues during my trial on the felony charges, I refused to work with Jeanne Howe on the misdemeanor charges.

Jonathon B. Hull, Esq. was assigned my misdemeanor case as conflict counsel. I related information I received from Louise Phillips, a tried friend of mine that received the information from my former Supervisor and House Manager at Rose Terrace Country Homes and Assisted Living.

Cont. (Factual Basis of Claim)

That information in part is the Spirit Lake Police Officer, during his investigation severely badgered Tanya Streate questioning "Didn't you know better than to hire a man to work the nightshift?" Why did you hire a man to work the nightshift"? Then stating "Don't you ever hire a man to work the nightshift again!"

Mr. Hull confirmed this with Ms. Streate, as well as other information that may be relevant in this case.

Ms. Streate testified to the badgering from Officer, Sanchez afterwhich, she further witnessed him admitting this to Prosecutor, Arthur Verharen when Mr. Verharen questioned him outside the presents of the jury concerning her testimony. My trial attorney Mr. Hull was also a witness.

In the end I was found Not Guilty in case No. CR 2015-0017901.

ICIO - INDIGENT PAPER

Defendants Cont.

Rose, Owner of Rose Terrace Country Homes

, Donna Hindberg, Alleged victim

Tiffany Marie Hallamore, Original Complainant, granddaughter and Heir of Donna Hindberg

, Carol Miller - Heir of Donna Hindberg.

ICIO - INDIGENT PAPER

**B. PLAINTIFF**

My name is _Phillip R. Smalley_ . I am a citizen of the State of _Idaho_,

presently residing at _ICI-O  381 West Hospital Dr. Orofino, ID, 83544_ .

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION**

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Spirit Lake Police Department_, who was acting as _an agent_ .
   (defendant)                                (job title, if a person; function, if an entity)

for the _City of Spirit Lake, Spirit Lake, Idaho_ .
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _August 21, 2015_ , Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
_I was arrested on two counts of Sexual Assault of a Vulnerable Adult and two counts of Forcible Sexual Penetration with a Foreign Object. Felony's. One charge of Sexual Assault of a Vulnerable Adult and one count of Forcible Sexual Penetration with a Foreign Object concerned alleged victim Donna Hindberg. Tiffany Marie Gallamore, Power of Attorney for Donna Hindberg was Complaining 4. Spirit Lake Police Department, Chief Hutchinson, Officer Dennis Sanchez and Sgt. Jeremy McMillen investigated or approved the investigation then filed with the Kootenai County Prosecutors office. Please see Con't._

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_Fourth, Fifth, Sixth, Seventh, Eight and Fourteenth Amendment Rights of the United States Constitution._

4. I allege that I suffered the following injury or damages as a result:
_Psychological and Financial_

5. I seek the following relief: *My Record Expunged of this incident and Finacial compensation for what this situation has caused.*

6. I am suing Defendant in his/her _X_ personal capacity *(money damages from Defendant personally)*, and/or _X_ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or _X_ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ____Yes ____No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. *N/A*

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          | *N/A*     |                |         |
|       |          |           |                |         |
|       |          |           |                |         |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do _X_ do not ____ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

*PRISONER COMPLAINT - p. 3*
*10/24/2011)*

*(Rev.*

that I deposited this complaint postage prepaid in a United States postal depository unit on
_____(date); OR that I gave the complaint to prison officials for mailing and filing with the Clerk
of Court under the indigent inmate policy on _____ (date); OR *(specify other method)*
_____.

Executed at _JCIO 381 s. Hospital Dr._ on _4/24/2018_ .
                (Location) Orofino                          (Date)

_Phillip R Smallee_
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk
of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to
you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits
to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more
exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After
your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*